JOHN J. WHITE, Respondent, *v.* JOHN DURYEA, Appellant.

(Argued March 18, 1880; decided April 6, 1880.)

*J. Homer Hildreth* for appellant.

*Jesse Johnson* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.